149 A.3d 559

In the MATTER OF the REINSTATEMENT to the Practice of Law OF Sandra Lynn RENO

Misc. Docket AG No. 48, Sept. Term 2016

Court of Appeals of Maryland.

November 21, 2016

## ORDER

The Court having considered the Petition for Reinstatement of Sandra Lynn Reno and the response filed thereto by the

**446**

Attorney Grievance Commission in the above-captioned case, it is this 21st day of November, 2016, hereby

**ORDERED** that the Clerk of the Court shall replace the name of Sandra Lynn Reno upon the register of attorneys entitled to practice in this Court and certify that fact to the Trustees of the Client Protection Fund and the Clerks of all judicial tribunals in this State.